1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD K. PETERSON,

11            Plaintiff,                    No. CIV S-07-2349 LKK JFM P

12        vs.

13   MARK TIRRELL,

14            Defendant.              ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On November 29, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  Plaintiff filed

22   objections to the findings and recommendations.  However, on December 12, 2007, plaintiff

23   filed a request to "take back" his objections.  It appears plaintiff does not contest dismissal of the

24   instant action.

25            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

26   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

1

1 | entire file, the court finds the findings and recommendations to be supported by the record and

2 | by proper analysis.

3 | Accordingly, IT IS HEREBY ORDERED that:

4 | 1. The findings and recommendations filed November 29, 2007, are adopted in

5 | full;

6 | 2. This action is dismissed without prejudice.

7 | DATED: February 12, 2008.

8

9

10 | LAWRENCE K. KARLTON
SENIOR JUDGE
11 | UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26